JUDSON H. HENRY, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
5150 Sunrise Boulevard, Suite H-6
Fair Oaks, CA 95628
Phone: (916) 966-1047
Fax: (888) 986-8168
E-mail: jhhenry2000@yahoo.com

Attorney for Appellant Shaina Lenny Lisnawati

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHAINA LENNY LISNAWATI,<br><br>Debtor and Appellant | District Court Case Number:<br>CIV. 2:15-CV-00678-JAM<br><br>Bankruptcy Court Case Number:<br>NO. 2:14-bk-31890-A-11<br><br>**ORDER DISMISSING APPEAL** |

## ORDER DISMISSING APPEAL

**WHEREAS** the Court has reviewed the Motion to Dismiss Appeal of Appellant SHAINA LENNY LISNAWATI, the above named debtor and appellant, praying for dismissal of this appeal as moot, and the Court being satisfied that cause exists such that the relief sought is allowed pursuant to Federal Rules of Bankruptcy Procedure, it is:

**ORDERED** that:

1. The Motion to Dismiss Appeal is granted; and

2. this Appeal of the Bankruptcy Court, case no. 2:15-CV-00678-JAM, is hereby DISMISSED WITH PREJUDICE.

Dated: April 18, 2016

By: _____
United States District Court Judge

1

Appellant's Motion to Dismiss Appeal - Order
In re Shaina Lenny Lisnawati; Case No. CIV. 2:15-CV-00678-JAM